AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00551 |
| Pamela Anne Hemphill | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 8/2/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Pamela Anne Hemphill_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building ;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: ___08/02/2021___                               2021.08.02 18:45:53 -04'00'
                                                     _____
                                                     *Issuing officer's signature*

City and state:      Washington, D.C.                Zia M. Faruqui, U.S. Magistrate Judge
                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/2/2021, and the person was arrested on *(date)* 8/3/2021
at *(city and state)* BOISE, Ada County, IDAHO

Date: 8/3/2021
                                                     _____
                                                     *Arresting officer's signature*

                                                     DAVID F. SHUMWAY
                                                     *Printed name and title*